UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANNE-STEPHANIE LEROY-GARCIA,<br><br>                Plaintiff,<br>    v.<br>BRAVE ARTS LICENSING, et al.,<br><br>                Defendants.<br>_____/ | No. C 13-01181 LB<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>[Re: ECF Nos. 10, 21, 24] |

    Plaintiff filed this copyright and trademark infringement case against 13 defendants. Complaint, ECF No. 1. One defendant (Soho Apparel Group, Inc.) was voluntarily dismissed, Dismissal, ECF No. 7, so now there are only 12 live defendants. Eight of the remaining 12 defendants (Brave Arts Licensing, Inc.; Gabriel Guez; Yvette Guez; Innovating Business Group, Inc.; Jean Pierre Guez; My Tribe; Jonathan Guez; and The California Apparel, LLC) filed a motion to dismiss Plaintiff's case or, alternatively, to transfer it, Motion, ECF No. 10, and 3 other defendants (Ideeli, Inc.; Neiman Marcus Group, Inc.; and Zulily, Inc.) have moved to join the motion, Motions for Joinder, ECF Nos. 21, 24. HauteLook, Inc., which was served on June 10, 2013, has yet to appear. Proof of Service, ECF No. 23.

    To rule on a motion to dismiss, which is a dispositive motion, all parties to this case must consent to the undersigned's jurisdiction. *See* 28 U.S.C. § 636. To date, one defendant, HauteLook, Inc., has yet to either consent to or decline the undersigned's jurisdiction. Accordingly, attached to this order are copies of the forms by which HauteLook, Inc. may do so. It shall file either form by

C 13-01181 LB
ORDER

1 **Wednesday, July 17, 2013**.

2 In light of this complication, the undersigned **ORDERS** Plaintiff to serve a copy of this order on HauteLook, Inc. by **Friday, July 12, 2013**. Furthermore, the undersigned **CONTINUES** the hearing on the motion to dismiss or, alternatively, to transfer from Thursday, July 18, 2013 to **Thursday, August 1, 2013** at 9:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. (If this new date does not work for counsel, they may stipulate to move the hearing to another one of the undersigned's civil law and motions calendars (e.g., August 15, 2013; September 5, 2013).)

**IT IS SO ORDERED.**

Dated: July 9, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 13-01181 LB
ORDER

2